

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516) 334-4500  FAX (516) 334-4501  WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

January 6, 2020

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/7/2020
```

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: *Nazario Tarax Sontay v. Carra, LLC, et al.*
     Docket No.  :  19-CV-10137 (LGS)
     File No.     :  190163-P

Your Honor:

    We represent defendants Carra LLC, Sinead Naughton, Aya Egawa, and Luis Doe in this action. We write to request a referral to the Court's mediation panel. Plaintiff's counsel is in agreement with this request.

    We have had initial settlement discussions with plaintiff's counsel and believe referral would be worthwhile. We would like to avoid litigation costs in the interim and ask that the Court adjourn the January 13, 2020 initial conference pending the outcome of mediation and extend defendants' time to answer the complaint until two weeks after the mediation.

    This is our first request for an adjournment and an extension. Thank you for your consideration.

Respectfully submitted,

SOKOLOFF STERN LLP

Adam I. Kleinberg

Cc: All Counsel of Record (via ECF)

The initial conference set for January 13, 2020, at 10:30 A.M. is adjourned to February 20, 2020, at 10:30 A.M.  The time to answer or otherwise respond is adjourned to February 20, 2020.  The mediation referral will issue separately.

SO ORDERED.

Dated: January 7, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE