```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  NAZARIO TARAX SONTAY, et al.,                             :
                                    Plaintiffs,             :
                                                            :         19 Civ. 10137 (LGS)
  -against-                                                 :
                                                            :                ORDER
  CARRA LLC, et al.                                         :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 7, 2020, set the initial conference for February 20, 2020, at 10:30 A.M. ECF 21. Pre-conference materials are due seven calendar days prior to the initial conference, or by February 13, 2020. *See* ECF 14.

WHEREAS, the parties did not file pre-conference materials. It is hereby

**ORDERED** that the parties shall file pre-conference materials as soon as possible, and no later than **February 17, 2020, at 1:00 A.M**.

Dated: February 14, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**