

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

February 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re:   *Nazario Tarax Sontay v. Carra, LLC, et al.*
     Docket No.   :   19-CV-10137 (LGS)
     File No.   :   190163-P

Your Honor:

    We represent defendants Carra LLC, Sinead Naughton, Aya Egawa, and Luis Doe in this action. We write to request an adjournment of the February 20, 2020 initial conference and an extension of time to conduct mediation. Plaintiff's counsel joins in this request.

    Plaintiff's counsel had a family emergency that required us to reschedule the mediation scheduled for February 4, 2020. By cc of this letter, we hope that all is well with counsel and his family.

    We have spoken with the mediator and have requested the mediation office reschedule us for the afternoon of March 6, 2020. This date takes into consideration that I am away next week on a family vacation and counsel's respective litigation calendars.

    We request an adjournment of the February 20, 2020 initial conference and deadline to answer the complaint to a date in late March. We are looking to conserve resources in the hopes they may be better used towards a settlement.

    This is our second request for an adjournment. The previous request was granted. Thank you for your consideration.

The initial conference set for February 20, 2020, at 10:30 A.M. is adjourned to March 19, 2020, at 10:30 A.M.  Parties shall file all pre-conference materials by March 12, 2020.

SO ORDERED.

Dated: February 18, 2020
     New York, New York

Respectfully submitted,
SOKOLOFF STERN LLP

ADAM I. KLEINBERG

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**